for petitioner. *Attorney General Mitchell, Assistant Attorney General Luhring, Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 578. UIHLEIN *v.* CITY OF ST. PAUL ET AL. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Edward S. Stringer* for petitioner. *Messrs. Eugene M. O'Neill* and *Lewis L. Anderson* for respondents.

No. 580. PHOENIX BUILDING & HOMESTEAD ASSN. *v.* E. A. CARRERE'S SONS. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Royal E. Burnham* for petitioner. No appearance for respondents.

No. 582. CINCINNATI, NEW ORLEANS & TEXAS PACIFIC RY. CO. *v.* McGILL, ADMINISTRATRIX. March 3, 1930. Petition for writ of certiorari to the Court of Appeals of Tennessee denied. *Messrs. John Weld Peck* and *Horace M. Carr* for petitioner. *Mr. W. T. Kennerly* for respondent.

No. 585. ALDINE REALTY Co. *v.* MANOR REAL ESTATE & TRUST Co. March 3, 1930. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. Joseph Stadtfeld* for petitioner. *Messrs. William S. Dalzell* and *Frederic D. McKenney* for respondent.